KENT ROBISON, ESQ. – NSB #1167
krobison@rbsllaw.com
**Robison, Belaustegui, Sharp & Low**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:  775-329-3151
Facsimile:   775-329-7169
*Attorneys for Defendants Leap Forward Gaming, Inc.,*
*Mohammad Ali Saffari, Perry Cobb, and Bruce Cunningham*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>LEAP FORWARD GAMING, INC., a Nevada company; MOHAMAD ALI SAFFARI, a Nevada resident; PERRY COBB, a Nevada resident; and BRUCE CUNNINGHAM, a Nevada resident,<br><br>Defendants. | CASE NO.: 2:15-cv-02390-APG-CWH |

**STIPULATION AND ORDER EXTENDING TIME**
**(First Request Pursuant to Local Rule 16.1)**

Plaintiff Peerless Indemnity Insurance Company and Defendants Leap Forward Gaming, Inc., Mohamad Ali Saffari, Perry Cobb, and Bruce Cunningham (collectively, the "Defendants"), by and through their undersigned counsel, do hereby stipulate and agree that the Defendants should have an additional three weeks extension of time to and including Tuesday, March 1, 2016, in which to file a response to the Plaintiff's Complaint filed in the above-entitled action.

Good cause exists for such an extension, because the Defendants herein are currently engaged in serious good-faith settlement negotiations with International Game Technology and IGT ("IGT"), Plaintiffs in Case No. 2:15-cv-01842-APG-VCF, filed in the United States District Court for the District of Nevada. The parties stipulate and agree that an extension will help

facilitate the pending settlement discussions. The parties certify that this stipulation is made in good faith and not in an effort to cause delay. The Defendants have met on two occasions for settlement discussions with IGT and have exchanged proposals. A settlement offer has been made and it is being evaluated. Accordingly, the Defendants herein need an additional three weeks in which to respond to Plaintiff's Complaint and are optimistic that settlement is feasible.

The time for the Defendants to file a response to the Complaint filed herein is presently Tuesday, February 9, 2016. The Plaintiff and the Defendants stipulate and agree that the time for the Defendants to file a response to the Complaint should be extended to and including March 1, 2016.

DATED this 9th day of February, 2016.

ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada  89503

/s/ Kent R. Robison
KENT R. ROBISON – NSB #1167
*Attorneys for Defendants Leap Forward Gaming, Inc.,*
*Mohamad Ali Saffari, Perry Cobb, and Bruce Cunningham*

DATED this 9th day of February, 2016.

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada  89113

/s/ Justin S. Hepworth
AMY M. SAMBERG – NSB #10212
JUSTIN S. HEPWORTH – NSB #13512
*Attorneys for Plaintiff*
*Peerless Indemnity Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED February 11, 2016

_____
UNITED STATES MAGISTRATE JUDGE