# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PEERLESS INDEMNITY INSURANCE CO.,

        Plaintiff,

vs.

LEAP FORWARD GAMING, INC., et al.,

        Defendants.

Case No. 2:15-cv-02390-APG-CWH

**ORDER**

Presently before the Court is Defendants Leap Forward Gaming, Inc., Mohammad Ali Saffari, Perry Cobb, and Bruce Cunningham's Motion for Case Management Conference or, in the Alternative, for a Sixty Day Extension in Which to File a Responsive Pleading (ECF No. 19), filed on April 12, 2016. Plaintiff filed a response (ECF No. 20) on April 14, 2016.

Defendants represent that the parties are in the midst of complex settlement negotiations with non-party International Gaming Technology which, if successful, will render this case moot. Defendants therefore request an additional 60 days to respond to Plaintiff's complaint or, in the alternative, a case-management conference. Plaintiff does not oppose Defendants' request for a 60-day extension. Having reviewed and considered the motion, and good cause appearing,

IT IS THEREFORE ORDERED that Defendants Leap Forward Gaming, Inc., Mohammad Ali Saffari, Perry Cobb, and Bruce Cunningham's Motion for Case Management Conference or, in the Alternative, for a Sixty Day Extension in Which to File a Responsive Pleading (ECF No. 19) is GRANTED in part and DENIED in part. It is granted to the extent that Defendants' deadline to answer or otherwise respond to the complaint is extended to 60 days from the date of this order. IT IS DENIED without prejudice to the extent that Defendants request a scheduling conference.

DATED: April 20, 2016.

                                                                                            **C.W. Hoffman, Jr.**
                                                                                            **United States Magistrate Judge**