# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PEERLESS INDEMNITY INSURANCE CO.,

    Plaintiff,

vs.

LEAP FORWARD GAMING, INC., et al.,

    Defendants.

Case No. 2:15-cv-02390-APG-CWH

**ORDER**

On April 20, 2016, the Court entered an order (ECF No. 21) granting the Defendants' request for a 60-day extension to answer or otherwise respond to the complaint pending the outcome of settlement negotiations. More than 60 days have passed, and none of the Defendants have answered or otherwise responded to the complaint. The Court notes, however, that Defendant Leap Forward Gaming, Inc. filed a notice of bankruptcy (ECF No. 22) on July 11, 2016. In light of these developments, the parties must meet and confer and file a joint status report by July 26, 2016.

IT IS SO ORDERED.

DATED: July 12, 2016.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**