Amy M. Samberg
Nevada Bar No. 10212
Justin S. Hepworth
Nevada Bar No. 10080
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada 89113
Telephone: 702-761-6572
E-Mail: asamberg@fgppr.com
       jhepworth@fgppr.com

*Attorneys for Plaintiff Peerless Indemnity Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PEERLESS INDEMNITY INSURANCE COMPANY, a foreign company,<br><br>Plaintiff,<br><br>v.<br><br>LEAP FORWARD GAMING, INC., a Nevada company; MOHAMAD ALI SAFFARI, a Nevada resident; PERRY COBB, a Nevada resident; and BRUCE CUMMINGHAM, a Nevada resident,<br><br>Defendants. | Case No. 2:15-cv-02390-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS** |

It is hereby stipulated and agreed by and between Plaintiff Peerless Indemnity Insurance Company ("Peerless") and Defendants Leap Forward Gaming, Inc., Mohamad Ali Saffari, Perry Cobb and Bruce Cunningham ("Defendants"), through their respective counsel of record, that Peerless's claims against Defendants in the above matter be dismissed because Defendants concede Peerless has no duty to defend or indemnify Defendants in the underlying litigation in the United States District Court for the District of Nevada as Case No. 2:15-cv-01842-APG-VCF (which has been dismissed with prejudice). Each party shall bear its own fees and costs in this coverage litigation and with respect to the aforementioned underlying litigation in the United States District Court for the District of Nevada as Case No. 2:15-cv-01842-APG-VCF.

*Case No. 2:15-cv-02390-APG-CWH*

| | |
|---|---|
| Dated: October 28, 2016 | Dated: October 28, 2016 |
| ROBISON, BELAUSTEGUI, SHARP & LOW | FORAN GLENNON PALANDECH PONZI & RUDLOFF |
| By: /s/ /Kent R. Robison<br>Kent R. Robison (NV Bar # 1167)<br>71 Washington Street<br>Reno, Nevada 89503<br>*Attorneys for Defendants Leap Forward Gaming, Inc.; Mohamad Ali Saffari; Perry Cobb; and Bruce Cunningham* | By: /s. Justin S. Hepworth<br>Justin S. Hepworth (NV Bar #10080)<br>7455 Arroyo Crossing, Suite 220<br>Las Vegas, NV 89113<br>*Attorneys for Plaintiff Peerless Indemnity Insurance Company* |

## ORDER

Upon stipulation of the parties, this action shall be dismissed because Defendants concede Peerless has no duty to defend or indemnify Defendants in the underlying litigation in the United States District Court for the District of Nevada as Case No. 2:15-cv-01842-APG-VCF (which has been dismissed with prejudice. Each party shall bear its own fees and costs in this coverage litigation and with respect to the aforementioned underlying litigation in the United States District Court for the District of Nevada as Case No. 2:15-cv-01842-APG-VCF.

Dated: October 28, 2016.

UNITED STATES DISTRICT COURT JUDGE